This is to advise that on June 19, 2007

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 07-96

In action

Ct. No. 06-00122

Louis Dreyfus Citrus Inc.,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Florida Citrus Mutual et al.,
(Defendant-Intervenors.)